HERBERT L. HACKNEY, APPELLANT, v. MUTUAL THE-
ATRE COMPANY ET AL., RESPONDENTS.

Submitted February 15, 1935—Decided May 17, 1935.

For the appellant, *Samuel Dreskin.*

For the respondents, *Coult, Satz & Tomlinson.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, LLOYD, CASE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 11.

*For reversal*—None.